IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Thomas McGrady,                                    Case No. 3:05CV7378

    Plaintiff

v.                                                 ORDER

United States Postal Service,

    Defendant

This is suit by a postal worker which has been dismissed, with prejudice, after service of process was not perfected within the deadline fixed by the undersigned.

Pending is plaintiff's motion for relief from judgment, which the government opposes.

The motion shall be granted. Plaintiff's counsel forthrightly acknowledges his omissions and mistakes in his thus far inadequate efforts to secure service of process as required by law.

A final deadline for perfecting service of process shall, however, be set. If not perfected by that date, the former dismissal order will be reinstated, and with prejudice.

It is, therefore

ORDERED THAT

1. This Court's order of June 26, 2006, be, and the same hereby is vacated;

2. Plaintiff to perfect service of process on or before December 30, 2006; if service not perfect by said date, complaint to be dismissed with prejudice.

So ordered.

                                          s/James G. Carr
                                          James G. Carr
                                          Chief Judge